PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Erick J Whorline     **Docket Number:** 05-CR-83

**PACTS Number:** 3295

**Name of Sentencing Judicial Officer:** Honorable W. Earl Britt, U.S.D.J(ED/NC); re-assigned via transfer of jurisdiction on 01/14/05 to the Honorable Katharine S. Hayden, U.S.D.J

**Date of Original Sentence:** 07/06/1993

**Original Offense:** Armed Bank Robbery Aiding and Abetting(2cts); Armed Bank Robbery

**Original Sentence:** 137 months imprisonment; 5 years supervised release. Special Conditions: no new lines of credit, financial disclosure, drug and alcohol aftercare, participate in vocational training, and search and seizure.

**Type of Supervision:** supervised release     **Date Supervision Commenced:** 02/26/04

**Assistant U.S. Attorney:** Needs Assignment, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** , Needs Assignment, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | The offender violated the law as evidenced by his November 19, 2004, Bayonne Police arrest, at which time he was charged with murder, unlawful use of a body vest, possession of hollow point bullets, possession of a weapon for an unlawful purpose, unlawful possession of a weapon, and possession of a weapon by a convicted felon. |
| | Whorline subsequently plead guilty to the offense of aggravated manslaughter in Hudson County Superior Court. Thereafter, he appeared before Hudson County Superior Court Judge Peter J Vazquez on January 6, 2006, and was sentenced to twenty-two (22) years in New Jersey State Prison. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin J Mullens

Senior U.S. Probation Officer<br>Date: 2/12/09

THE COURT ORDERS:

- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons. Date of Hearing: _____
- [ ] No Action
- [ ] Other

*Katharine S. Hayden*
Signature of Judicial Officer

2/25/09
Date